# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSE O. JOHNSON, JR.,** | : | **CIVIL ACTION NO. 1:08-CV-1863** |
| **Petitioner** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| **FRANKLIN J. TENNIS and ATTORNEY GENERAL OF PENNSYLVANIA** | : : : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 5th day of December, 2008, upon consideration of the notice of election (Doc. 11) filed by petitioner, and it appearing that petitioner wishes to withdraw his petition and file an all-inclusive petition under 28 U.S.C. § 2254, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DEEMED withdrawn.

2. The Clerk of Court is directed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge